In the Matter of Richard
D. GOLDBERG.

No. 570 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

April 10, 2000.

*ORDER*

PER CURIAM:

AND NOW, this 10th day of April, 2000, a Rule having been entered by this Court on March 3, 2000, pursuant to Rule 214(d)(1), Pa.R.D.E ., directing Richard D. Goldberg to show cause why he should not be placed on temporary suspension and no response thereto having been filed, it is hereby

ORDERED that the Rule is made absolute;. Richard D. Goldberg is placed on temporary suspension and he shall comply with all the provisions of Rule 217, Pa. R.D.E.; and the matter is referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.

In the Matter of John
Michael BURNS.

No. 569 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

April 10, 2000.

*ORDER*

PER CURIAM.

AND NOW, this 10th day of April, 2000, John Michael Burns having been disbarred from the practice of law in the State of Hawaii by Order of the Supreme Court of the State of Hawaii dated December 17, 1999; the said John Michael Burns having been directed on February 14, 2000, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that John Michael Burns is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.